# EXHIBIT "C"

United States District Court
Southern District of Texas
ENTERED

MAR 31 2003

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

UNITED STATES OF AMERICA, )
EX REL., K.V. CHOWDARY, M.D. )
)
VS. ) CIVIL ACTION NUMBER
)
MCALLEN MEDIAL CENTER, INC., ) M-99-172
UNIVERSAL HEALTH SERVICES, INC. )
AND UNIVERSAL HEALTH SERVICES )
OF TEXAS, INC. )

O R D E R

Having come on to be heard Defendants' "Motion for Summary Judgment to Dismiss for Lack of Jurisdiction and Memorandum in Support," and the Court having considered said motion, the pleadings on file and the arguments of counsel found, for the reasons stated on the record, that the motion should be GRANTED in part and DENIED in part. It is, therefore,

ORDERED, ADJUDGED AND DECREED that Defendants' Motion for Summary Judgment to Dismiss for Lack of Jurisdiction is DENIED as to those claims under the False Claims Act in the Second Amended Complaint that directly relate to the allegations concerning staff privileges, credentialing and board certification of Dr. Francisco I. Bracamontes.

It is further ORDERED that Defendants' Motion for Summary Judgment to Dismiss for Lack of Jurisdiction is GRANTED as to all other remaining claims.

DONE this  31st  day of March, 2003, at McAllen, Texas.

                                                  Ricardo H. Hinojosa
                                      UNITED STATES DISTRICT JUDGE

United States District Court
Southern District of Texas
FILED
JUL 31 2003
Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
ENTERED
JUL 31 2003
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> EX REL., K.V. CHOWDARY, M.D. ) <br> ) <br> VS. ) <br> ) <br> MCALLEN MEDIAL CENTER, INC., ) <br> UNIVERSAL HEALTH SERVICES, INC. ) <br> AND UNIVERSAL HEALTH SERVICES ) <br> OF TEXAS, INC. ) | CIVIL ACTION NUMBER <br><br> M-99-172 |

### JUDGMENT

On the 22nd day of July, 2003, came on to be heard "Defendants' Amended Motion to Reconsider Partial Denial of Motion for Summary Judgment to Dismiss for Lack of Jurisdiction and, in the Alternative, Motion for Summary Judgment on the Merits and Memorandum in Support," and the Court having considered said motion, the pleadings on file and the arguments of counsel found, for the reasons stated on the record, that the motion should be granted to the extent stated below. It is, therefore,

ORDERED, ADJUDGED AND DECREED that this cause of action is hereby DISMISSED as to all remaining claims.

DONE this 31st day of July, 2003, at McAllen, Texas.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE