UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| DR. K.V. CHOWDARY<br>*Plaintiff,* | § § § | |
| v. | § § | CASE NO. 7:17-cv-00351 |
| UNIVERSAL HEALTH SERVICES, INC.<br>AND MR. HAROLD SIGLAR<br>*Defendants.* | § § § § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Dr. K.V. Chowdary and Valley Gastroenterology Clinic, P.A. now known as Valley Gastroenterology, Inc., and Defendants, Universal Health Services, Inc., Universal Health Services of Delaware, Inc., Universal Health Services of McAllen, Inc. d/b/a McAllen Medical Center, McAllen Hospitals, LP and Harold Siglar, and file this, the Parties' Agreed Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and would show the Court as follows:

1. On September 24, 1999, Plaintiffs, K.V. Chowdary and Valley Gastroenterology Clinic, P.A. now known as Valley Gastroenterology, Inc., sued Defendants.

2. Plaintiffs, K.V. Chowdary and Valley Gastroenterology Clinic, P.A. now known as Valley Gastroenterology, Inc., move to dismiss his suit in its entirety, against all parties sued by Plaintiffs.

3. Defendants agree to the dismissal of Plaintiffs' claims

4. This case is not a class action.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for the dismissal of Plaintiffs' case.

9. Plaintiffs have not previously dismissed any federal court or state court suit based on or including the same claims as those presented in this case.

10. This dismissal is *with* prejudice to re-filing against any parties sued in this Cause.

Respectfully submitted,

/s/ David G. Oliveira
David G. Oliveira
Fed. I.D. No. 34165
State Bar No. 15254675
doliveira@rofllp.com
lizg@rofllp.com
ROERIG OLIVEIRA & FISHER L.L.P.
10225 N. 10th Street
McAllen, Texas 78504
Telephone: 956-393-6300
Facsimile: 956-386-1625

Victor D. Vital
State Bar No. 00794798
victor.vital@btlaw.com
Elizabeth C. Brandon
State Bar No. 24049580
ebrandon@btlaw.com
BARNES & THORNBURG L.L.P.
2100 McKinney Ave., Suite 1250
Dallas, Texas 75201-6908
Telephone: (214) 258-4200

Wallace B. Jefferson
State Bar No. 00000019
wjefferson@adjtlaw.com
ALEXANDER DUBOSE JEFFERSON & TOWNSEND, LLP
515 Congress Avenue, Ste 2350
Austin, Texas 78706
Tel: (512) 482-9300
Fax: (512) 482-9303

Kirsten M. Castañeda
State Bar No. 00792401
kcastaneda@adjtlaw.com
kirstenapp@gmail.com
ALEXANDER DUBOSE JEFFERSON &
TOWNSEND LLP
4925 Greenville Ave., Suite 510
Dallas, Texas 75206
Telephone: (214) 369-2358
Facsimile: (214) 369-2359
*Attorneys for Defendants*

David K. Williams
State Bar No. 21524300
Dkw002@aol.com
LAW OFFICE OF DAVID K. WILLIAMS
201 E. University Drive
Edinburg, Texas 78539

THE AMMONS LAW FIRM, LLP
Robert E. Ammons
State Bar No. 01159820
rob@ammonslaw.com
3700 Montrose Boulevard
Houston, Texas 77006
Tele: (713) 523-1606
Fax: (713) 523-4159
**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing document has been mailed, via electronic service, to the Attorney for Plaintiff, as follows:

**David K. Williams**
**State Bar No. 21524300**
Dkw002@aol.com
**LAW OFFICE OF DAVID K. WILLIAMS**
**201 E. University Drive**
**Edinburg, Texas 78539**

**THE AMMONS LAW FIRM, LLP**
**Robert E. Ammons**
**State Bar No. 01159820**
rob@ammonslaw.com
**3700 Montrose Boulevard**
**Houston, Texas  77006**
**Tele: (713) 523-1606**
**Fax: (713) 523-4159**
**Attorneys for Plaintiff**

on this 29th day of March, 2019.

/s/David G. Oliveira
DAVID G. OLIVEIRA